April 8, 1912.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Philip T. Van Zile* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.

No. 1028. ATLANTIC TRANSPORT COMPANY OF WEST VIRGINIA, PETITIONER, *v.* FRANK IMBROVEK; and No. 1029. ATLANTIC TRANSPORT COMPANY OF WEST VIRGINIA, PETITIONER, *v.* STATE OF MARYLAND, TO THE USE, ETC. April 8, 1912.   Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Nicholas P. Bond* and *Mr. Edward Duffy* for the petitioner. *Mr. John L. Semmes, Jr.*, for the respondent.

No. 1046. A. LEO EVERETT, TRUSTEE, ETC., PETITIONER, *v.* WILLIAM D. JUDSON, EXECUTOR, ETC.   April 8, 1912.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Charles K. Beekman* for the petitioner. *Mr. William A. Keener* for the respondent.

No. 1000. HARRISON T. GROOM, PETITIONER, *v.* THE MORTIMER LAND COMPANY ET AL.   April 8, 1912.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Maurice E. Locke, Mr. Eugene P. Locke* and *Mr. Eugene Marshall* for the petitioner. *Mr. Sam J. Hunter* for the respondents.